**Order filed August 8, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00336-CV
_____

### MICHAEL REILLY AND RAVAGO AMERICAS LLC D/B/A GENESIS POLYMERS, Appellants

### V.

### PREMIER POLYMERS, L.L.C, Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2018-47163**

## ORDER

On July 2, 2019, appellants and relators Michael Reilly and Ravago Americas d/b/a Genesis Polymers filed a petition for writ of mandamus asking this court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to vacate his June 13, 2019 "Order Denying Defendants' Motion to Dismiss Pursuant to the Texas Citizens Participation Act" (the June 13 order) and his June 25, 2019 "Trial Preparation Order", pending in our court as No. 14-19-

00524-CV. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. The petition argues that such orders violated the stay imposed by section 51.014(b) of the Texas Civil Practice and Remedies Code.

"When an appeal from an interlocutory order is perfected, the appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal and may require appropriate security." Tex. R. App. P. 29.3. Rule 29.3 empowers courts of appeal to make any necessary temporary orders, including stay orders. *See In re Geomet Recycling, LLC*, No. 18-0443, __S.W.3d __, 2019 WL 2482125, at *3 (Tex. June 14, 2019) (orig. proceeding).

Pursuant to Rule 29.3, we **ORDER** the June 13 order and the June 25 Trial Preparation Order **STAYED** until a final decision by this court on the appeal.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.